IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
(Wilkes-Barre)

| | |
|---|---|
| IN RE:<br>GEDDES SEAN SCHUBERT GIBBS<br>NATALIE FASHINA LANGLEY GIBBS<br>   Debtors | Case No. 5:23-bk-00406-MJC |
| FREEDOM MORTGAGE CORPORATION<br>   Movant | Chapter 13 |
| vs.<br>GEDDES SEAN SCHUBERT GIBBS<br>NATALIE FASHINA LANGLEY GIBBS<br>   Respondents | 11 U.S.C. §362 |

**ORDER GRANTING RELIEF FROM §362 AUTOMATIC STAY WITH RESPECT TO
59 COACH ROAD, STROUDSBURG, PENNSYLVANIA 18360**

Upon consideration of Motion for Relief from Automatic Stay of Freedom Mortgage Corporation (Movant), Dkt. #48, and no responses having been filed thereto, it is hereby

**ORDERED** that Movant shall be permitted to reasonably communicate with Debtors and Debtors' counsel, if any, to the extent necessary to comply with applicable nonbankruptcy law; it is further

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is **GRANTED** with respect to 59 Coach Road, Stroudsburg, Pennsylvania 18360 ("Premises") (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; it is further

**ORDERED** that Rule 4001(a)(3) is not applicable and Freedom Mortgage Corporation may immediately enforce and implement this Order granting Relief from the Automatic Stay; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge