UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| In re: | : | Chapter 13 |
|---|---|---|
| | : | |
| Geddes Sean Schubert Gibbs, | : | Case No. 5:23-00406-MJC |
| Natalie Fashina Langley Gibbs, | : | |
| | : | |
| Debtors. | : | |

## ORDER GRANTING MOTION TO DISMISS

Upon consideration of the Trustee's Motion to Dismiss, Dkt. # 109 ("Motion"), no response having been filed thereto, after a hearing held on August 10, 2023, and for the reasons stated on the record,[1] it is hereby

**ORDERED** that the above-captioned case is hereby **DISMISSED**.

The Court retains jurisdiction over the Motion for Sanctions Against Alfred McZeal Pursuant to Federal Rules of Bankruptcy Procedure 9011 filed in the Adversary Proceeding 5:23-AP-14, Dkt. #20.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: August 10, 2023

---

[1] The Court's findings and conclusions were stated on the record in open court pursuant to F.R.B.P. 7052.